**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00227-CR

### BRYAN ZAVALA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-35264-K**

## ORDER

The Court **REINSTATES** the appeal.

On September 16, 2016, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the October 11, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant's counsel Rosalind Kelly abandoned the appeal; and (3) John Tatum has been appointed to represent appellant. We **DIRECT** the Clerk of the Court to remove Rosalind Kelly as counsel of record for appellant and to list John Tatum as new counsel of record for appellant. We **ORDER** appellant to file his brief within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE